188 So. 920

**AMERICAN FIDELITY & CASUALTY CO.**
**v. Tom D. WARD, Trustee Dixie**
**Coaches, Inc.**

6 Div. 352.

Supreme Court of Alabama.

April 18, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Foster, Rice & Foster, of Tuscaloosa, and Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

186 So. 912

**George C. BARKER v. MOTOR TERMINAL**
**TRANSPORTATION CO.**

8 Div. 954.

Supreme Court of Alabama.

Feb. 2, 1939.

Jones & Poellnitz, of Florence, for appellant.

Frank D. Hollifield, of Birmingham, and Chas. E. Shaver, of Huntsville, for appellee.

PER CURIAM.

Reversed and remanded on confession of error by appellee, and confession of cross-assignments of error by appellant.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.

188 So. 920

**G. C. BIGGS v. STATE.**

8 Div. 883.

Supreme Court of Alabama.

March 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed for want of prosecution.

186 So. 912

**Page S. BUNKER, as State Forester, v.**
**Chas. W. LEE, as State Comptroller.**

3 Div. 277.

Supreme Court of Alabama.

Jan. 26, 1939.

A. J. Harris, of Montgomery, for appellant.

Jack Crenshaw, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.